UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-1667 PSG (CW) | | Date | November 1, 2010 |
|---|---|---|---|---|
| Title | Barry Conway v. Tim Varga (Warden) | | | |

| Present: The Honorable | Carla Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**      (In Chambers)

    The pro se petition for writ of habeas corpus in this case was filed on October 28, 2010.  The petition challenges a 1994 conviction and 1995 sentence in state court, and appears, on its face, to be time-barred under the statute of limitations at 28 U.S.C. § 2244(d).

    Petitioner brought a prior habeas petition in this court, which was dismissed without prejudice: Conway v. Smith, CV 96-2254-WMB(CT). Thus, the present petition does not appear, on its face, to be successive under 28 U.S.C. § 2244.

    Petitioner has not identified his present claim or claims on p. 5 of the petition.  However, from the petition as a whole, Petitioner's claim appears to be a challenge to the fine imposed in his case. Imposition of a fine, by itself, does not satisfy the "in custody" requirement for a habeas petition under 28 U.S.C. § 2254(a).  See, e.g., Dremann v. Francis, 828 F.2d 6, 7 (9th Cir. 1987)(per curiam); see also United States v. Kramer, 195 F.3d 1129, 11 (9th Cir. 1999) (analogous jurisdictional issue when federal prisoner challenged only restitution order).  Thus, it appears that the present action does not fall within this court's subject matter jurisdiction as a habeas petition.  See 28 U.S.C. § 2254(a)(district court may review habeas petition by person in custody under state court judgment "only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States"); see also Rule 1, Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254; 28 U.S.C. § 2241(c)(3); Preiser v. Rodriquez, 411 U.S. 475, 483-84, 489, 498-500, 93 S. Ct. 1827, 36 L. Ed. 2d 439 (1973)(core of habeas corpus is challenge to fact or duration of custody seeking immediate or speedier release).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-1667 PSG (CW) | Date | November 1, 2010 |
|---|---|---|---|
| Title | Barry Conway v. Tim Varga (Warden) | | |

    A habeas petition which, on its face, is not entitled to relief, may be summarily dismissed.  See 28 U.S.C. § 2243; Rule 4, 28 U.S.C. foll. § 2254; Local Rule 72-3.2 (C.D. Cal.).

    Petitioner is therefore **ORDERED** to show cause why this action should not be summarily dismissed, by filing, on or before November 23, 2010, a "notice" explaining why the present petition should not be dismissed either (1) for lack of habeas corpus jurisdiction; or (2) as time-barred under the statute of limitations.

    If Petitioner does not file a timely response to this order, this action may also be subject to dismissal for failure to prosecute or failure to comply with court orders.

```
cc:   Barry Conway
      CDCR # J-71246
      P.O. Box 29-0066
      Represa, CA 95671-0066
```