**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BARRY CONWAY, | ) | No. EDCV 10-1667-PSG(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| TIM VARGA (Warden), | ) | |
| Respondent. | ) | |

    **IT IS ADJUDGED** that the petition is summarily dismissed for lack of jurisdiction.

DATED: __December 3, 2010__

_____
PHILIP S. GUTIERREZ
United States District Judge